## In re BAY STATE MILLING CO.

(Circuit Court of Appeals, Second Circuit. May 24, 1915.)

BANKRUPTCY ⟨⟫455—CONFIRMATION OF COMPOSITION—APPEALABILITY OF ORDER—"DISCHARGE."

An order confirming a composition offer by a bankrupt is, under Bankr. Act July 1, 1898, c. 541, § 14c, 30 Stat. 550 (Comp. St. 1913, § 9598), a discharge of the bankrupt from his debts, and appealable under section 25, allowing appeals from the granting or denial of a discharge.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 916; Dec. Dig. ⟨⟫455.

For other definitions, see Words and Phrases, First and Second Series, Discharge.

Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.]

This is an application for alternative mandamus directed to the District Judge, District of Connecticut, its object being to secure his allowance of an appeal to this court from an order of said District Court.

R. B. Honeyman, of New York City, for the motion.

Slade & Slade, of New York City, opposed.

Before LACOMBE, COXE, and ROGERS, Circuit Judges.

LACOMBE, Circuit Judge. A bankruptcy proceeding against Maurice Soloway and Maurice Katz as partners and individuals was duly instituted in the District Court in Connecticut. An offer of composition was made and after various proceedings which need not be recited such offer was confirmed by Judge Thomas.

Within the proper time limited by the act an application on apparently proper papers was made to Judge Thomas for an allowance of appeal from such order to this court. This application was refused on the sole ground that in the opinion of the District Judge the Bankruptcy Act did not allow appeals from order confirming compositions, such orders not being included in the enumeration contained in section 25.

This section apparently has not been amended, but stands as it did when the Bankruptcy Act was passed. It allows appeals from a judgment "granting or denying a discharge." Section 14c provides that the confirmation of a composition shall discharge the bankrupt from his debts. Such judgment, therefore, is the legal equivalent of a judgment "granting a discharge," and it seems to us that under section 25 it may be revised by appeal.

Presumably it will not be necessary to issue any alternative mandamus. The District Judge, now that the section has been construed by a Circuit Court of Appeals, may sign the allowance.